

# Fourth Court of Appeals
## San Antonio, Texas

November 26, 2014

No. 04-14-00436-CV

Judith **ZAFFIRINI**, David H. Arredondo and Clarissa N. Chapa, As Co-Trustees of the Exempt Trust of Rocio Gonzalez Guerra,
Appellants

v.

Rocio G. **GUERRA**,
Appellee

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2008-PB7-000016-L2
Honorable Jesus Garza, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

On October 15, 2014, the parties were notified that this appeal was set for submission on November 5, 2014. On November 5, 2014, at 5:18 p.m., appellee filed a sur-reply brief. Appellants have filed a motion to strike the sur-reply brief.

Rule 8.5(b) of the Fourth Court of Appeals Local Rules provides that a party may not file a post-submission brief without obtaining this court's permission. 4th Tex. App. (San Antonio) Loc. R. 8.5(b). In the sur-reply brief, appellee relies on this court's order dated October 3, 2014, cautioning the parties that this court would not consider any evidence that was not specifically offered and admitted at the hearing concerning the temporary injunction. This court's prior order did not, however, grant appellee permission to file a sur-reply brief. If appellee was concerned that the appellee's brief cited evidence that this court would not consider, appellee should have sought this court's permission to file an amended appellee's brief or a post-submission sur-reply brief. 4th Tex. App. (San Antonio) Loc. R. 8.4, 8.5(b). Because appellee did not obtain this court's permission to file the sur-reply brief, the appellant's motion to strike is GRANTED, and the sur-reply brief is stricken from this court's record.

_____
Catherine Stone, Chief Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of November, 2014.



_____
Keith E. Hottle
Clerk of Court